1 | BENJAMIN B. WAGNER
United States Attorney
2 | PHILIP A. FERRARI
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2700
Facsimile: (16) 554-2900
5 |
Attorneys for Plaintiff
6 | United States of America

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,    ) Case No.
                                  )
11 |    Plaintiff,                ) 2:13CR--378 JAM
                                  )
12 |    v.                        ) ORDER TO SEAL
                                  )
13 | LILLIAN MARQUEZ,             ) (UNDER SEAL)
       aka Lillian Yamileth Guevara, and
14 | MICHAEL KEATTS,              )
                                  )
15 |    Defendants.               )

**SEALED**

17    The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Philip A.
18 Ferrari to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the
19 arrest of the defendants or until further order of the Court.

20
   Dated: Nov 20, 2013
21
                                              KENDALL J. NEWMAN
22                                            United States Magistrate Judge

Order to Seal Indictment

**FILED**

NOV 20 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK