UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

> **FILED**
>
> December 05, 2013
>
> CLERK, US DSITRICT COURT
> EASTERN DISTRICT OF
> CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

MICHAEL KEATTS,

        Defendant.

Case No.  2:13-cr-00378-JAM

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

     This is to authorize and direct you to release  MICHAEL KEATTS ,

Case No.  2:13-cr-00378-JAM  , from custody for the following reasons:

    _____  Release on Personal Recognizance

    __X__  Bail Posted in the Sum of $      50,000

    __X__  Unsecured Appearance Bond $   50,000, cosigned by sister

    _____  Appearance Bond with 10% Deposit

    _____  Appearance Bond with Surety

    _____  Corporate Surety Bail Bond

    __X__  (Other):    Pretrial Services conditions

Issued at Sacramento, California on December 05, 2013 at 3:00 pm

        By: _____

             Magistrate Judge Carolyn K. Delaney