1    DENNIS S. WAKS, BAR #142581
     Attorney at Law
2    455 Capitol Mall, Suite 802
     Sacramento, California 95814
3    Tel: (916) 498-9871

4
     Attorney for Defendant
5    LILLIAN MARQUEZ

6

7                    IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,         )   Case No.  CR.S. 13-378-JAM
                                        )
11                    Plaintiff,        )   STIPULATION AND ORDER RE;
                                        )   CONTINUANCE OF STATUS
12   V.                                 )   CONFERENCE AND FINDINGS OF
                                        )   EXCLUDABLE TIME
13   LILLIAN MARQUEZ                    )
        aka Lillian Yamileth Guevara, and )  Date: August 5, 2014
14                                      )   Time: 9:30 a.m.
     MICHAEL KEATTS,                    )   Judge: Hon. JOHN A. MENDEZ
15                                      )
                      Defendants.
16   _____

17

18          It is hereby stipulated and agreed to by the United States of America through PHILIP A.

19   FERRARI, Assistant United States Attorney, LILLIAN MARQUEZ, by and through her

20   counsel, DENNIS S. WAKS, and MICHAEL KEATTS, by and through his counsel, HECTOR

21   A. CAVAZOS, JR., that the status conference set for April 15, 2014, be continued to a status

22   conference on Tuesday, August 5, 2014, at 9:30 a.m.  This continuance is being requested

23   because defense counsel needs additional time to prepare, to review discovery, and to interview

24   witnesses.  Counsel has received over 33,000 pages of discovery involving over 23 different

25   residential real properties in Stockton and Manteca and will need additional time to read the

26   discovery and go over it with our clients.

27

28

                                            -1-

Furthermore, the parties stipulate and agree that the interest of justice served by granting this continuance outweigh the best interest of the public and the defendants in a speedy trial. (18 U.S.C. §3161(h)(7)(A)).  Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 5, 2014, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: April 10, 2014                    Respectfully submitted,


                                         /s/ Dennis S. Waks

                                         DENNIS S. WAKS
                                         Attorney for Defendant
                                         LILLIAN MARQUEZ



DATED: April 10, 2014                    /s/ Dennis S. Waks for

                                         HECTOR A. CAVAZOS, JR.
                                         Attorney for Defendant
                                         MICHAEL KEATTS


DATED; April 10, 2014                    BENJAMIN B. WAGNER
                                         United States Attorney


                                         /s/ Dennis S. Waks for

                                         PHILIP A. FERRARI
                                         Assistant U.S. Attorney


**O R D E R**


     Based on the stipulation of the parties and good cause appearing, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the

interests of the public and the defendants in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including August 5, 2014, pursuant to 18 U.S.C. §  3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for August 5, 2014, at 9:30 a.m.

DATED:  4/11/2014                              /s/ John A. Mendez_____
                                                        JOHN A. MENDEZ
                                                        United States District Court Judge