1  DENNIS S. WAKS, BAR #142581
   Attorney at Law
2  455 Capitol Mall, Suite 802
   Sacramento, California 95814
3  Tel: (916) 498-9871

4
   Attorney for Defendant
5  LILLIAN MARQUEZ

6

7               IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,       ) Case No. CR.S. 13-378-JAM
                                   )
11                      Plaintiff, ) STIPULATION AND ORDER RE;
                                   ) CONTINUANCE OF STATUS
12 V.                              ) CONFERENCE AND FINDINGS OF
                                   ) EXCLUDABLE TIME
13 LILLIAN MARQUEZ                 )
      aka Lillian Yamileth Guevara, and ) Date: January 13, 2015
14                                 ) Time: 9:30 a.m.
   MICHAEL KEATTS,                 ) Judge: Hon. JOHN A. MENDEZ
15                                 )
                       Defendants. )
16

17

18        It is hereby stipulated and agreed to by the United States of America through PHILIP A.

19 FERRARI, Assistant United States Attorney, LILLIAN MARQUEZ, by and through her

20 counsel, DENNIS S. WAKS, and MICHAEL KEATTS, by and through his counsel, HECTOR

21 A. CAVAZOS, JR., that the status conference set for November 4, 2014, be continued to a status

22 conference on Tuesday, January 13, 2015, at 9:30 a.m.  This continuance is being requested

23 because defense counsel needs additional time to prepare, to review discovery, and to interview

24 witnesses.  Counsel has received over 33,000 pages of discovery involving over 23 different

25 residential real properties in the Stockton/Manteca area and we will need additional time to read

26 the discovery and go over it with our clients.

27

28

Furthermore, the parties stipulate and agree that the interest of justice served by granting this continuance outweigh the best interest of the public and the defendants in a speedy trial. (18 U.S.C. §3161(h)(7)(A)). Speedy trial time is to be excluded from the date of this order through the date of the status conference set for January 13, 2015, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: November 3, 2014           Respectfully submitted,


                                  /s/ Dennis S. Waks

                                  DENNIS S. WAKS
                                  Attorney for Defendant
                                  LILLIAN MARQUEZ



DATED: November 3, 2014           /s/ Dennis S. Waks for

                                  HECTOR A. CAVAZOS, JR.
                                  Attorney for Defendant
                                  MICHAEL KEATTS


DATED; November 3, 2014            BENJAMIN B. WAGNER
                                   United States Attorney


                                  /s/ Dennis S. Waks for

                                  PHILIP A. FERRARI
                                  Assistant U.S. Attorney

**O R D E R**

Based on the stipulation of the parties and good cause appearing, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the

interests of the public and the defendants in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its Order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including January 13, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4. A new status conference date is hereby set for January 13, 2015, at 9:30 a.m.

DATED: 11/3/2014                                    /s/ John A. Mendez
                                                    JOHN A. MENDEZ
                                                    United States District Court Judge