DENNIS S. WAKS, BAR #142581
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, California 95814
Tel: (916) 498-9871

Attorney for Defendant
LILLIAN MARQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR.S. 13-378-JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | RE; CONTINUANCE OF STATUS |
| V. ) | CONFERENCE AND FINDINGS OF |
| ) | EXCLUDABLE TIME |
| LILLIAN MARQUEZ ) | |
|    aka Lillian Yamileth Guevara, and ) | Date: April 14, 2015 |
| ) | Time: 9:15 a.m. |
| MICHAEL KEATTS, ) | Judge: Hon. JOHN A. MENDEZ |
| ) | |
| Defendants. | |

It is hereby stipulated and agreed to by the United States of America through PHILIP A. FERRARI, Assistant United States Attorney, LILLIAN MARQUEZ, by and through her counsel, DENNIS S. WAKS, and MICHAEL KEATTS, by and through his counsel, HECTOR A. CAVAZOS, JR., that the status conference set for February 17, 2015, be continued to a status conference on Tuesday, April 14, 2015, at 9:15 a.m. This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to continue interviewing witnesses. Counsel has received over 33,000 pages of discovery involving over 23 different residential real properties in Stockton and Manteca and we will need additional time to read the discovery and go over it with our clients.

Furthermore, the parties stipulate and agree that the interest of justice served by granting this continuance outweigh the best interest of the public and the defendants in a speedy trial. (18 U.S.C. §3161(h)(7)(A)).  Speedy trial time is to be excluded from the date of this order through the date of the status conference set for April 14, 2015,  pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: February 12, 2015                    Respectfully submitted,


/s/ Dennis S. Waks

DENNIS S. WAKS
Attorney for Defendant
LILLIAN MARQUEZ


DATED: February 12, 2015            /s/ Dennis S. Waks for

HECTOR A. CAVAZOS, JR.
Attorney for Defendant
MICHAEL KEATTS


DATED; February 12, 2015            BENJAMIN B. WAGNER
United States Attorney


/s/ Dennis S. Waks for

PHILIP A. FERRARI
Assistant U.S. Attorney

**O R D E R**

Based on the stipulation of the parties and good cause appearing, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the

interests of the public and the defendants in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its Order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including April 14, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for April 14, 2015, at 9:15 a.m.

DATED: 2/12/2015                                         /s/ John A. Mendez
                                                                        JOHN A. MENDEZ
                                                                        United States District Court Judge