The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA | Case Number:  13-378 JAM |
| V. | STIPULATION AND ORDER RE; CONTINUANCE OF STATUS CONFERENCE AND FINDINGS OF EXCLUDABLE TIME |
| LIILIAN MARQUEZ | |
| MICHAEL KEATTS | **DATE: October 6, 2015**<br>**TIME: 9:15 am**<br>**DEPT: JAM** |

It is hereby stipulated and agreed to by the United States of America through PHILIP A.

FERRARI, Assistant United States Attorney, LILLIAN MARQUEZ, by and through her

counsel, MARYANN F. BIRD, and MICHAEL KEATTS, by and through his counsel, OLAF

W. HEDBERG, that the status conference set for October 6, 2015, be continued to a status

conference on Tuesday, December 1, 2015, at 9:15 a.m. This continuance is being requested

because defense counsel needs additional time to prepare, to review discovery, and to continue

interviewing witnesses.

1

1  Both Defense counsel have come into the case recently, and have replaced predecessor counsel.

2  Counsel has received over 33,000 pages of discovery involving over 23 different residential real

3  properties in Stockton and Manteca and we will need additional time to read the discovery and

4  go over it with our clients.

5       Furthermore, the parties stipulate and agree that the interest of justice served by granting

6  this continuance outweigh the best interest of the public and the defendants in a speedy trial.

7  (18 U.S.C. §3161(h)(7)(A)). Speedy trial time is to be excluded from the date of this order

8  through the date of the status conference set for December 1, 2015, pursuant to 18 U.S.C. § 3161

9  (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

10

11  DATED: October 2, 2015                    Respectfully submitted,

12                                            /s/ Maryann F. Bird
13                                            Attorney for Defendant
                                              LILLIAN MARQUEZ
14

15  DATED: October 2, 2015                    /s/ Olaf W. Hedberg
                                              Attorney for Defendant
16                                            MICHAEL KEATTS

17

18  DATED; October 2, 2015

19                                            BENJAMIN B. WAGNER
                                              United States Attorney
20                                            /s/Phillip A. Ferrari
                                              PHILIP A. FERRARI
21                                            Assistant U.S. Attorney

22

23

24

25

2

1

2

3

**O R D E R**

4      Based on the stipulation of the parties and good cause appearing, the Court hereby finds

5 that the failure to grant a continuance in this case would deny defense counsel reasonable time

6 necessary for effective preparation, taking into account the exercise of due diligence. The Court

7 specifically finds that the ends of justice served by the granting of such continuance outweigh the

8 interests of the public and the defendants in a speedy trial. Based on these findings and pursuant

9 to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its

10 entirety as its Order. Time is excluded from computation of time within which the trial of this

11 matter must be commenced beginning from the date of the stipulation through and including

12 December 1, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for

13 defense counsel to prepare] and Local Code T4. A new status conference date is hereby set for

14 December 1, 2015, at 9:15 a.m.

15

16

17 DATED: <u>October 2, 2015</u>                                     /s/ John A. Mendez
                                                                            JOHN A. MENDEZ
18                                                                          United States District Court Judge

19

20

21

22

23

24

25